Larry W. GUNTER, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7193.

United States Court of Appeals, Federal Circuit.

Dec. 30, 2003.

### ORDER

Upon consideration of Larry W. Gunter's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(1) The motion is granted.

(2) Each side shall bear its own costs.